UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| WILLIAM MICHAEL LAPP, JR., | Case No. CV-16-54 -H-CCL |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 51) in CR-10-09-H-CCL and filed on 2/14/18. Defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DENIED. IT IS FURTHER ORDERED that a certificate of Appealability is DENIED because Defendant has not made a substantial showing of the denial of a constitutional right.

Dated this 14th day of February, 2018.

TYLER P. GILMAN, CLERK

By: /s/ H. Gauthier
H. Gauthier, Deputy Clerk